UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| vs. | ) | No. | 3:19-CR-64 |
| | ) | | 3:20-CR-14 |
| LUCKY J. CLARK | ) | | |

# **O R D E R**

Magistrate Judge C. Clifford Shirley filed a report and recommendation recommending the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) grant Defendant's motion to withdraw his not guilty plea to the charges of the Indictment in Case No. 3:19-CR-64; (3) accept Defendant's plea of guilty to the charge in Count 3 of the Indictment in Case No. 3:19-CR-64, charging him with possession with intent to distribute marijuana, in violation of 21 U.S.C. § §§ 841(a)(1) and 841(b)(1)(D); (4) accept Defendant's plea of guilty to the charge in the Information in Case No. 3:20-CR-14, charging him with possession of a firearm by an unlawful user of a controlled substance, in violation of 18 U.S.C. § §§ 922(g)(3) and 924(a)(2); (5) adjudicate Defendant guilty of the charge set forth in Count 3 of the Indictment in Case No. 3:19-CR-64; (6) adjudicate Defendant guilty of the charge set forth in the Information in Case No. 3:20-CR-14; and (7) find Defendant shall remain in custody until sentencing in this matter [Doc. 9], the matter of custody to be addressed

by separate order. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 71] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) The Court finds that the plea hearing could not be further delayed without serious harm to the interests of justice.

(2) Defendant's motion to withdraw his not guilty plea to the charges of the Indictment in Case No. 3:19-CR-64 is **GRANTED**;

(3) Defendant's plea of guilty to the charge in Count 3 of the Indictment in Case No. 3:19-CR-64 charging him with possession with intent to distribute marijuana, in violation of 21 U.S.C. § §§ 841(a)(1) and 841(b)(1)(D) is **ACCEPTED**;

(4) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count 3 of the Indictment in Case No. 3:19-CR-64;

(5) Defendant's plea of guilty to the charge in the Information in Case No. 3:20-CR-14 charging him with possession of a firearm by an unlawful user of a controlled substance in violation of 18 U.S.C. § §§ 922(g)(3) and 924(a)(2) is **ACCEPTED;**

(6) Defendant is hereby **ADJUDGED** guilty of the charge set forth in the Information in Case No. 3:20-CR-14; and

(7) Defendant **SHALL REMAIN** in custody pending a resolution of his motion for release from custody pending his sentencing hearing.

(8) Defendant's sentencing hearing shall be held at **11:00 a.m. on October 26, 2020.**

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**